UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURT LARON COSEY, JR.,

  Petitioner,

v.

THE PEOPLE,

  Respondent.

Case No. 23-cv-01193 BLF (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Dkt. No. 1. On August 22, 2023, the Court dismissed the petition with leave to amend to attempt to correct deficiencies. Dkt. No. 7. Petitioner was directed to file an amended petition within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without prejudice and without further notice to Plaintiff. *Id.* at 4-5.

The deadline, September 19, 2023, has passed, and Petitioner has failed to file an amended petition in the time provided. Accordingly, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**Dated: ___October 5, 2023_____**

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\HC.23\01193Cosey_dism(no pet)