UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT LARON COSEY, JR., <br> Petitioner, <br> v. <br> THE PEOPLE, <br> Respondent. | Case No. 23-cv-01193 BLF (PR) <br><br> **JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __October 4, 2023____

BETH LABSON FREEMAN
United States District Judge

Judgment
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\XG6W9S3S\01193Cosey_judgment (002).docx