UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT LARON COSEY, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE,<br><br>    Respondent. | Case No. 23-cv-01193 BLF (PR)<br><br>**ORDER DENYING MOTION TO APPEAR BY TELEPHONE OR VIDEO AS MOOT**<br><br>(Docket No. 13) |

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Dkt. No. 1. On August 22, 2023, the Court dismissed the petition with leave to amend to attempt to correct deficiencies. Dkt. No. 7. When the deadline (September 19, 2023) passed without a response, the Court dismissed the action on October 5, 2023. Dkt. No. 8. The Court construed Petitioner's subsequent filing, Dkt. No. 10, as a motion for reconsideration and denied it as the Court's dismissal of the action was proper. Dkt. No. 12.

Petitioner has filed a motion to appear by telephone or video. Dkt. No. 13. The motion is **DENIED** as moot since this matter is now closed.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: __November 27, 2023_____

                                            BETH LABSON FREEMAN
                                            United States District Judge

Order Denying Mot. As Moot.
PRO-SE\BLF\HC.23\01193Cosey_moot