UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT LARON COSEY, JR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THE PEOPLE,<br><br>　　　　　Respondent. | Case No. 23-cv-01193 BLF (PR)<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 15) |

　　　　Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Dkt. No. 1. On August 22, 2023, the Court dismissed the petition with leave to amend to attempt to correct deficiencies. Dkt. No. 7. When the deadline (September 19, 2023) passed without a response, the Court dismissed the action on October 5, 2023. Dkt. No. 8. The Court construed Petitioner's subsequent filing, Dkt. No. 10, as a motion for reconsideration and denied it as the Court's dismissal of the action was proper. Dkt. No. 12.

　　　　Petitioner has filed a motion for certificate of appealability, merely reasserting his original claims without explaining why a certificate of appealability is warranted. Dkt. No. 15. Therefore, the Court finds that Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional

right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability is **DENIED**.

The Clerk shall send a copy of this order to the Ninth Circuit and to Petitioner. This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated:  ___December 5, 2023____

_____
BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. For COA
PRO-SE\BLF\HC.23\01193Cosey_coa

2